# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3254
_____

DUANE WOULLARD,

    Appellant,

    v.

RICHARD COMERFORD, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Jefferson County.
J. Layne Smith, Judge.

July 22, 2026

PER CURIAM.

Duane Woullard appeals the circuit court's order dismissing his petition for a writ of habeas corpus. Finding no error, we affirm.

Because habeas corpus petitions "are not to be used for additional appeals on questions which could have been, should have been, or were raised on appeal or in a rule 3.850 motion," *Windom v. State*, 416 So. 3d 1140, 1152 (Fla. 2025), Woullard's current petition is frivolous. We note that Woullard has filed numerous other pro se appeals in this court under at least two

names—Dexter Woullard and Duane Woullard.[*] Both names are associated with Florida Department of Corrections prisoner number 072248. The court finds that this appeal is frivolous and warns Woullard that any future filings this court determines to be frivolous or malicious may result in a prohibition against any future pro se filings in this court. *See State v. Spencer*, 751 So. 2d 47, 49 (Fla. 1999) (explaining that, when a litigant has filed repetitious and frivolous pro se pleadings, a court may bar any future pro se filings after providing the litigant with notice and a reasonable opportunity to be heard).

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Duane Woullard, pro se, Appellant.

Shirtrina Niquita Roberts, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

---

[*] The cases filed as a pro se litigant are 1D1991-1388, 1D1994-3616, 1D1999-0635, 1D1999-3190, 1D1999-3534, 1D2000-3159, 1D2001-0631, 1D2020-1972, 1D2020-2280, 1D2022-1398, 1D2023-2274, 1D2024-2583, 1D2024-2624, 1D2025-0886, 1D2026-1128, and 1D2026-1612.